UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 3:26-po-48 (EMB)

UNITED STATES OF AMERICA,

Plaintiff,

v.

VICTOR A. RENDON,

Defendant.

**GOVERNMENT'S MOTION TO DISMISS WITH PREJUDICE**

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Matthew D. Evans, Assistant United States Attorney, hereby submits its motion to dismiss the citation issued against the defendant with prejudice (Violation No. E2697829) pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: April 9, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Matthew D. Evans*

MATTHEW D. EVANS
Assistant United States Attorney